**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL CICCEL,<br><br>              Plaintiff,<br><br>      v.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>              Defendants. | Case No. 2:24-cv-05524-MCS-KS<br><br>**JUDGMENT** |

1  Pursuant to the Court's orders, it is ordered, adjudged, and decreed that judgment
2  is entered in favor of Defendant New York Life Insurance and Annuity Corporation and
3  against Plaintiff Earl Ciccel. The claims are dismissed with prejudice. Plaintiff shall
4  take nothing from this action.

6  **IT IS SO ORDERED.**

8  Dated: July 15, 2025

   _____
   MARK C. SCARSI
   UNITED STATES DISTRICT JUDGE

2